FILED
JUL 0 7 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Maria Bernadita ESPINOZA-Pareda, )<br>)<br>Defendant. )<br>) | Mag. Case No. '08 MJ 8609<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, U.S.C., Section 1326<br>Deported Alien Found In the<br>United States |

The undersigned complainant being duly sworn states:

On or about July 3, 2008, within the Southern District of California, defendant Maria Bernadita ESPINOZA-Pareda, an alien, who previously had been excluded, deported and removed from the United States to Mexico was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States code, section 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
Senior Border Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 7th DAY OF JULY 2008.

_____
PETER C. LEWIS
U.S. MAGISTRATE JUDGE

(1)

I, Senior Border Patrol Agent Juan J. Suarez declare under penalty of Perjury, the following is true and correct:

# PROBABLE CAUSE STATEMENT

The complainant states that this complaint is based upon the statements of the apprehending Border Patrol Agent, J. Chavez that the Defendant was found and arrested on July 3, 2008, east of Calexico, California.

At approximately 7:35 p.m., SBPA Chavez encountered a female suspect walking westbound on Highway 98 near Vencill Road. SBPA Chavez noticed that the suspect was walking nervously and avoided looking in his direction as he drove by. SBPA Chavez approached the female and identified himself as a United States Border Patrol Agent. SBPA Chavez proceeded to conduct an interview with the female in order to determine her immigration status. The female identified as Maria Bernardit ESPINOZA-Pereda was determined to be a native and citizen of Mexico without any immigration documents that would allow her to work or remain in the United States legally.

Records checks revealed that an immigration judge had ordered ESPINOZA removed from the United States on February 2, 2006, and that ESPINOZA was removed through the San Ysidro, California. Further checks also revealed a criminal history.

ESPINOZA was advised of rights per Miranda. ESPINOZA stated she understood her rights.

There is no evidence showing that ESPINOZA has sought or been granted permission by the United States Attorney General or the Secretary of the Department of Homeland Security to re-enter the United States after being removed.

Executed on July 4, 2008 at 10:20 a.m.

_____
Senior Border Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of one page, I find Probable cause to believe that the defendant named in this probable cause statement committed the offense on July 4, 2008 in violation of Title 8, United States Code, 1326.

_____
Hon. William McCurine Jr.
United States Magistrate Judge

_____
Date/Time