```
 1  KAREN P. HEWITT
    United States Attorney
 2  JOHN F. WEIS
    Assistant U. S. Attorney
 3  California State Bar No. 82884
    516B Industry Way, Suite C
 4  Imperial, CA   92251
    Telephone: (760) 370-0893
 5
    Attorneys for the
 6  United States of America
```

FILED
JUL 21 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY    EF    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Magistrate Case No.: 08MJ8609 |
| Plaintiff, | ) Statement of Related Case |
| v. | ) |
| Maria Bernadita ESPINOZA-Pareda, | ) |
| Defendant. | ) |

The government avers that the above captioned case is related to United States v. Maria Bernadita ESPINOZA-Pareda, Magistrate Number 08MJ8660.

Dated: July 21, 2008.

KAREN P. HEWITT
United States Attorney

*/s/ John F. Weis/*

JOHN F. WEIS
Assistant U. S. Attorney