## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs.   Maria Bernardita Espinoza-Pareda                   No. 08mj8609

HON.   Louisa S. Porter                Tape No.   POR08-1:14:19-14:22

Asst. U.S. Attorney   Goerge Manahan            PTSO   N/A

|  |  |  |  |  |  | # | Status |
|---|---|---|---|---|---|---|---|
| Atty | Leila Morgan, FD S/A | Apt | Ret | for | Espinoz-Pareda | (1) | (C) |
|  |  | Apt | Ret | for |  | ( ) | ( ) |
|  |  | Apt | Ret | for |  | ( ) | ( ) |
|  |  | Apt | Ret | for |  | ( ) | ( ) |
|  |  | Apt | Ret | for |  | ( ) | ( ) |
|  |  | Apt | Ret | for |  | ( ) | ( ) |
|  |  | Apt for Material Witness(es) |  |  |  |  |  |

PROCEEDINGS:        ___ In Chambers    X  In Court    ___ By Telephone

- Government's oral motion to dismiss case without prejudice - Granted.
- Case dismissed without prejudice.
- Abstract issued to USM.

Date   07/31/08                                        R. F. Messig
                                                      Deputy's Initials